## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Everhart, Sheila Velina

Printed: 12/28/07

Case Number: 04 B 13179
Judge: Hollis, Pamela S
Filed: 4/5/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: October 4, 2007
Confirmed: May 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 24,742.67 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 19,516.81 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,195.45 |
| Other Funds: |  | 1,330.41 |
| Totals: | 24,742.67 | 24,742.67 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Asset Acceptance | Unsecured | 5,025.55 | 5,587.09 |
| 3. | Resurgent Capital Services | Unsecured | 491.56 | 546.49 |
| 4. | ECast Settlement Corp | Unsecured | 3,478.11 | 3,866.75 |
| 5. | ECast Settlement Corp | Unsecured | 2,643.05 | 2,938.38 |
| 6. | Citicorp Mortgage Inc | Unsecured | 187.03 | 207.92 |
| 7. | Capital One | Unsecured | 804.56 | 894.46 |
| 8. | Performance Capital Mgmt | Unsecured | 4,705.75 | 5,231.56 |
| 9. | Capital One | Unsecured | 210.86 | 244.16 |
| 10. | Mercy Hospital | Unsecured | | No Claim Filed |
| | | | $ 20,246.47 | $ 22,216.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 77.08 |
| 6.5% | 429.73 |
| 3% | 58.12 |
| 5.5% | 330.70 |
| 5% | 89.17 |
| 4.8% | 184.75 |
| 5.4% | 25.90 |
| | $ 1,195.45 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Everhart, Sheila Velina

Printed:  12/28/07

Case Number:  04 B 13179

Judge:  Hollis, Pamela S

Filed:  4/5/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

